WILBORN LAW OFFICE, P.C.
TIM WILBORN — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

FILED '09 MAR 25 10:20USDC-ORE

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

**CYNTHIA SWEET,**                                               CV # 07-1627-AA

        Plaintiff,

vs.                                                             ORDER

**COMMISSIONER of Social Security,**

        Defendant.

---

Attorney fees in the amount of $5,250.00 are hereby awarded to Plaintiff's attorney, Tim

Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs in the amount

of $350.00 are awarded pursuant to 28 U.S.C. § 1920. The checks shall be mailed to Attorney

Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this _70_ day of _March_ , 2009.

_____
United States District Judge

Submitted on March 17, 2009 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1